```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 08 B 02944
    LARRY HARDING
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-5503

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 02/08/2008 and was not confirmed.

    The case was dismissed without confirmation 04/07/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
AARP                        UNSECURED        NOT FILED            .00            .00
COUNTRYWIDE HOME LOANS      UNSECURED        NOT FILED            .00            .00
RENTER                      NOTICE ONLY      NOT FILED            .00            .00
RENTER                      NOTICE ONLY      NOT FILED            .00            .00
AMERICREDIT                 SECURED NOT I          .00            .00            .00
AMERICREDIT                 UNSECURED        NOT FILED            .00            .00
WELLS FARGO HOME MORTGAG    CURRENT MORTG         .00            .00            .00
WELLS FARGO HOME MORTGAG    SECURED NOT I         .00            .00            .00
WILLIAM E BROOKS & ASSOC    DEBTOR ATTY           .00                            .00
TOM VAUGHN                  TRUSTEE                                              .00
DEBTOR REFUND               REFUND                                               .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                            RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                          .00

PRIORITY                                                   .00
SECURED                                                    .00
UNSECURED                                                  .00
ADMINISTRATIVE                                             .00
TRUSTEE COMPENSATION                                       .00
DEBTOR REFUND                                              .00
                            --------------       --------------
TOTALS                           .00                       .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                     /s/ Tom Vaughn
Dated: 07/22/08                      _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```

                                                        PAGE   2
           CASE NO. 08 B 02944 LARRY HARDING